■    In the Matter of Luz R., Respondent, v Thomas S., Appellant.—In a paternity proceeding, the appeal, upon permission, is from an order of filiation of the Family Court, Kings County, dated February 28, 1979, which after a hearing, found appellant to be the father of the child in question. Order affirmed, without costs or disbursements. This case presented close questions of credibility which were appropriately determined by the Trial Judge. Hopkins, J. P., Damiani, O'Connor and Weinstein, JJ., concur.